BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-mj-00268 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY |
| v. ) | HEARING |
| ) | |
| MIGUEL RONQUI RUIZ, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for September 22, 2010, be continued to October 6, 2010, at 2:00 p.m.

The government has proposed pre-indictment resolution of this matter.  The government is requesting expedited production of law enforcement reports to defense counsel to assist in the early resolution discussions.  In light of the settlement discussions and the need to produce and review investigative reports, both parties are requesting additional time for attorney

1 preparation.

2 The government and defendant agree that the combination of
3 settlement discussions and production/review of investigation
4 reports constitute good cause to extend the time for preliminary
5 hearing under Federal Rule of Criminal Procedure 5.1(d), as well
6 as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).
7 This exclusion of time includes the period up to and including
8 October 6, 2010.

9 Dina Santos agrees to this request and has authorized
10 Assistant United States Attorney Todd D. Leras to sign this
11 stipulation on her behalf.

13 DATED: September 21, 2010          By: /s/ Todd D. Leras
                                          TODD D. LERAS
14                                         Assistant U.S. Attorney

16 DATED: September 21, 2010          By: /s/ Todd D. Leras for
                                          DINA L. SANTOS
17                                         Attorney for Defendant
                                          MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for September 22, 2010 before Magistrate Judge Kendall J. Newman, is continued to October 6, 2010, at 2:00 p.m. before Magistrate Judge Edmund F. Brennan.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including October 6, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: September 22, 2010     /s/ Kendall J. Newman
                             HONORABLE KENDALL J. NEWMAN
                             UNITED STATES MAGISTRATE JUDGE