DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MIGUEL RONQUI RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MIGUEL RONQUI-RUIZ,<br>           Defendant.<br>_____ | No. MAG 10-0268 GGH<br><br>STIPULATION AND ORDER CONTINUING<br>PRELIMINARY HEARING TO 11/10/10<br><br>Date   NOV. 10, 2010<br>Time:   2:00 a.m. |

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for October 27, 2010, be continued to November 10, 2010, at 2:00 p.m.

    The government has proposed pre-indictment resolution of this matter.  In light of the settlement discussions and the need to produce and review investigative reports, both parties are requesting additional time for attorney preparation.

    The government and defendant agree that the combination of settlement discussions and production/review of investigation reports constitute good cause to extend the time for preliminary hearing under

Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including October 27, 2010.

All counsel agree with this request and have authorized Ms. Santos to sign this stipulation on their behalf.

DATED: October 25, 2010        By: /s/ Dina L. Santos for
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: October 25, 2010        By: /s/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED**:

    1.       The preliminary hearing set for October 27, 2010, is continued to November 10, 2010, at 2:00 p.m.

    2.       Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including November 10, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

    IT IS SO ORDERED.

Date: October 25, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order