```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 10-0268 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. ) | |
| MIGUEL RONQUI RUIZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for November 10, 2010 be continued to November 22, 2010, at 2:00 p.m.

The government has provided defense counsel with a draft plea agreement and other documents in connection with a pre-indictment resolution of this matter. In light of the settlement discussions and the need for counsel to review investigative reports, both parties are requesting additional time for attorney preparation.

1

1    The government and defendant agree that the combination of
2 the settlement proposal and review of investigation reports
3 constitutes good cause to extend the time for preliminary hearing
4 under Federal Rule of Criminal Procedure 5.1(d), as well as under
5 the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This
6 exclusion of time includes the period up to and including
7 November 22, 2010.
8    Dina Santos agrees to this request and has authorized
9 Assistant United States Attorney Todd D. Leras to sign this
10 stipulation on her behalf.

12 DATED: November 9, 2010          By: /s/ Todd D. Leras
                                        TODD D. LERAS
13                                      Assistant U.S. Attorney

15 DATED: November 9, 2010          By: /s/ Todd D. Leras for
                                        DINA L. SANTOS
16                                      Attorney for Defendant
                                        MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for November 10, 2010, is continued to November 22, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including November 22, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: November 10, 2010

/s/Gregory G. Hollows
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ruiz268.ord