BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Mag. 10-0268 GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING PRELIMINARY |
| v. | ) | HEARING |
| | ) | |
| MIGUEL RONQUI RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for November 22, 2010 be continued to November 30, 2010, at 2:00 p.m.

   The government has provided defense counsel with discovery, a draft plea agreement and other documents in an effort to reach pre-indictment resolution of the case.  Defense counsel needs additional time to review the documents, using the assistance of a Spanish interpreter to answer defendant's questions about the various documents and the proposed resolution.

1

1  The government and defendant agree that the combination of
2 the settlement proposal and review of documents constitutes good
3 cause to extend the time for preliminary hearing under Federal
4 Rule of Criminal Procedure 5.1(d), as well as under the Speedy
5 Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time
6 includes the period up to and including November 30, 2010.
7  Dina Santos agrees to this request and has authorized
8 Assistant United States Attorney Todd D. Leras to sign this
9 stipulation on her behalf.
10
11 DATED: November 19, 2010        By: /s/ Todd D. Leras
                                     TODD D. LERAS
12                                   Assistant U.S. Attorney
13
14 DATED: November 19, 2010        By: /s/ Todd D. Leras for
                                     DINA L. SANTOS
15                                   Attorney for Defendant
                                     MIGUEL RONQUI RUIZ
16
17  **IT IS HEREBY ORDERED:**
18  1.  The preliminary hearing set for November 22, 2010, is
19 continued to November 30, 2010, at 2:00 p.m.
20  2.  Based on the stipulations and representations of the
21 parties, the Court finds good cause to extend the time for the
22 preliminary hearing, and time is excluded up to and including
23 November 30, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
24 T4 (reasonable time to prepare)).
25  IT IS SO ORDERED.
26 Date: November 22, 2010         /s/ Gregory G. Hollows
                                   _____
27                                 HONORABLE GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE
28

2