DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MIGUEL RONQUI RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL RONQUI-RUIZ,<br>    Defendant.<br>_____ | ) No. MAG 10-0268 GGH<br>)<br>)<br>) STIPULATION AND ORDER CONTINUING<br>) PRELIMINARY HEARING TO 12/14/10<br>)<br>) Date   Dec. 15, 2010<br>) Time:  2:00 a.m.<br>)<br>)<br>) |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dina L. Santos, Counsel for Defendant Miguel Ronqui Ruiz, that the preliminary hearing scheduled for November 30, 2010, be continued to December 15, 2010, at 2:00 p.m.

   The government has proposed pre-indictment resolution of this matter.  In light of the settlement discussions and the need to produce and review investigative reports, the defense is requesting additional time for attorney preparation and time to have a certified Spanish interpreter meet with the client.

   The government and defendant agree that the combination of settlement discussions and production/review of investigation reports

constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including DECEMBER 15, 2010.

All counsel agree with this request and have authorized Ms. Santos to sign this stipulation on their behalf.

DATED: November 29, 2010       By: /s/ Dina L. Santos for
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: November 29, 2010       By: /s/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for November 30, 2010, is continued to December 15, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including November 10, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

Date: November 29, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE